# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE RICHARDS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-15-858-M |
| MARY FALLIN, et al., | ) |
| Respondents. | ) |

## ORDER

On August 26, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied, that petitioner be required to pay the full filing fee for this action to proceed, and that this action be dismissed without prejudice unless petitioner pays the full filing fee to the Clerk of the Court by September 16, 2015. On September 14, 2015, petitioner paid the full filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Magistrate Judge's Report and Recommendation [docket no. 7] issued on August 26, 2015;

(2) DENIES petitioner's motion for leave to proceed *in forma pauperis* [docket no. 6]; and

(3) RECOMMITS this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 15th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE