IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOE K. RICHARDS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Case No. CIV-15-858-M |
| WILLIAM MONDAY, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On November 18, 2015, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's Motion to Dismiss be granted and the Petition for Writ of Habeas Corpus be dismissed without prejudice. The parties were advised upon their right to object to the Report and Recommendation by December 8, 2015. On December 7, 2015, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Supplemental Report and Recommendation [docket no. 14] issued by the Magistrate Judge on November 18, 2015;

(2) GRANTS respondent's Motion to Dismiss [docket no. 12], and

(3) DISMISSES the Petition for Writ of Habeas Corpus without prejudice.

**IT IS SO ORDERED this 31st day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE